No. 81–822.  LEVISON *v.* LEVISON.  Sup. Ct. Ga.  Certiorari denied.

No. 81–823.  THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* MCMULLAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–824.  JACKS *v.* DUCKWORTH, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 81–829.  BMW OF NORTH AMERICA, INC., ET AL. *v.* GROVE, EXECUTOR, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 81–831.  DACUS *v.* SOUTHERN COLLEGE OF OPTOMETRY.  C. A. 6th Cir.  Certiorari denied.

No. 81–832.  FAITH BAPTIST CHURCH OF BOCA RATON, INC., NOW KNOWN AS WOODLANDS PARK BAPTIST CHURCH, ET AL. *v.* CITY OF BOCA RATON, FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 81–833.  ROSS *v.* BIRD, CHIEF JUSTICE, CALIFORNIA SUPREME COURT, ET AL.; and ROSS *v.* SAN DIEGO COUNTY SUPERIOR COURT ET AL.  C. A. 9th Cir.  Certiorari denied. Reported below: 652 F. 2d 65.

No. 81–838.  THORPE *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 81–845.  INVESTORS TAX SHELTERED REAL ESTATE, LTD. *v.* HALLMARK GROUP COS., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–847.  MORI ET AL. *v.* INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS, LOCAL LODGE NO. 6, ET AL. C. A. 9th Cir.  Certiorari denied.